# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



*FILED*
*9:18 am, 6/18/25*
**U.S. Magistrate Judge**

| UNITED STATES OF AMERICA | ☑ Violation Notice ☐ Information ☐ Complaint |
|---|---|
| Plaintiff | |
| vs | Case Number L:25-PO-00266-SAH |
| JOSE E CABALLERO | |
| Defendant | |

| Violation Charged | Feeding Wildlife (E1058367) (1) Violating closures and use limits (E1058368) (2) | Citation Number | Feeding Wildlife (E1058367) (1) Violating closures and use limits (E1058368) (2) |
|---|---|---|---|

Date Violation Notice Issued   June 3, 2025       Place    WYNP

### PETTY OFFENSES/MISDEMEANORS - PROCEEDINGS SHEET

Time 9:05-9:07 am                    Interpreter

Date  June 18, 2025                  Interpreter Telephone

Before the Honorable  Stephanie A. Hambrick

| Jessica Warren | | FTR |
|---|---|---|
| Clerk | Probation | Reporter |
| Ariel Calmes | | |
| Asst. U.S. Attorney | JAG Officer | Marshal |

☑ Failed to appear     Warrant issued on   Jun 18, 2025

☐ Appeared   ☐ By telephone

☐ Voluntarily   ☐ In Custody

☐ Defendant filed financial affidavit and is informed of consequences if any false information is given

☐ Attorney appearing

☐ FPD   ☐ PANEL-CJA   ☐ RETAINED

☐ Attorney waived

☐ Court orders case continued to _____ at _____
reason:

☐ Bail is set at

☐ P/R-No Amount   ☐ Unsecured   ☐ Cash/Surety

☐ Conditions of release

WY 59                                                       Rev. 06/03/2025

> **COMPLETE THIS SECTIONS FOR ALL CLASS A MISDEMEANOR CASES:**
> ☐ Defendant advised of the right to trial, judgment, and sentencing by a District Judge (Class A Misdemeanor).
> ☐ Defendant consents to proceed before the Magistrate Judge and expressly and specifically waives trial, judgment, and sentencing by a District Judge (Class A Misdemeanor).
> This consent was made ☐ orally ☐ in writing

☐ Informed of charges and rights    Date
☐ Defendant arraigned    Date
☐ Court accepts plea    Defendant enters ☐ Guilty    ☐ Not Guilty Plea
☐ Trial    Witnesses

☐ Disposition
  ☐ Not Guilty
  ☐ Guilty
  ☐ Dismissed
  ☐ Collateral Forfeited
  ☐ *Nolo Contendere*
☐ PSI ordered
☐ Sentence    Date
☐ Imposition of jail sentence suspended
☐ Committed to custody for a period of
☐ Probation for a period of
  ☐ With Supervision    ☐ Without Supervision
☐ Special Conditions of Probation


☐ Fine    Payable
☐ Restitution    To
☐ Community Service    To
☐ Special Assessment
☐ Processing fee: $ 30.00
☐ Defendant advised of right to appeal
☒ Other  $1000 warrant to follow