

**10:30 am, 8/21/25**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

**Margaret Botkins**
**Clerk of Court**

| | |
|---|---|
| UNITED STATES OF AMERICA | ☑ Violation Notice ☐ Information ☐ Complaint |
| Plaintiff | |
| vs | Case Number   L:25-PO-00266-SAH-1 |
| JOSE E CABALLERO PINTO | |
| Defendant | |

Violation Charged: Taking Wildlife (1)
Violating closures and use limits (2)

Citation Number: (1)(E1058367) (2)(E1058368)

Date Violation Notice Issued   06/03/2025        Place      WYNP

## PETTY OFFENSES/MISDEMEANORS - PROCEEDINGS SHEET

Time 10:00-10:22                          Interpreter  N/A

Date  August 21, 2025                     Interpreter Telephone  N/A

Before the Honorable  Stephanie A. Hambrick

| Jessica Jarvis | N/A | FTR |
|---|---|---|
| Clerk | Probation | Reporter |
| Ariel Calmes | N/A | N/A |
| Asst. U.S. Attorney | JAG Officer | Marshal |

☐ Failed to appear       Warrant issued on

☑ Appeared    ☑ By telephone

☑ Voluntarily    ☐ In Custody

☐ Defendant filed financial affidavit and is informed of consequences if any false information is given

☑ Attorney appearing       Nathan Jeppsen

☐ FPD    ☐ PANEL-CJA    ☑ RETAINED

☐ Attorney waived

☐ Court orders case continued to                    at

reason:

☐ Bail is set at

☐ P/R-No Amount    ☐ Unsecured    ☐ Cash/Surety

☐ Conditions of release

WY 59                                              Rev. 08/20/2025

Petty Offenses/Misdemeanors Minute Sheet
L:25-PO-00266-SAH-1

---

**COMPLETE THIS SECTIONS FOR ALL CLASS A MISDEMEANOR CASES:**
☐ Defendant advised of the right to trial, judgment, and sentencing by a District Judge (Class A Misdemeanor).

☐ Defendant consents to proceed before the Magistrate Judge and expressly and specifically waives trial, judgment, and sentencing by a District Judge (Class A Misdemeanor).

This consent was made    ☐ orally    ☐ in writing

---

☑ Informed of charges and rights          Date  August 21, 2025
☑ Defendant arraigned                     Date  August 21, 2025
☑ Court accepts plea          Defendant enters ☑ Guilty          ☐ Not Guilty Plea
☐ Trial      Witnesses

☑ Disposition
    ☐ Not Guilty
    ☑ Guilty              E1058367
    ☑ Dismissed           E1058368 without prejudice
    ☐ Collateral Forfeited
    ☐ *Nolo Contendere*
☐ PSI ordered
☑ Sentence        Date  August 21, 2025
☐ Imposition of jail sentence suspended
☐ Committed to custody for a period of
☐ Probation for a period of
    ☐ With Supervision        ☐ Without Supervision
☐ Special Conditions of Probation


☑ Fine            750.00        Payable  to CVB by 09/22/2025
☐ Restitution                  To
☐ Community Service            To
☑ Special Assessment  10.00
☑ Processing fee: $   30.00
☑ Defendant advised of right to appeal
☑ Other  No written judgment to follow.